**PETER GODFROY** *versus* **HENRY J. HUNT, JAMES McCLOSKEY, AND ANTOINE (DOMINIQUE) BONDY,** EXECUTORS, ETC., OF **ANTOINE BONDY,** DECEASED.

JOURNAL ENTRIES (1826): *Journal 4:* (1) Rule for judgment for costs *p. 95.
PAPERS IN FILE: (1) Precipe for habeas corpus; (2) writ of habeas corpus and return.
*1824–36 Calendar*, MS p. 72.

**IRA ENO** *versus* **DAVID C. McKINSTRY.**

JOURNAL ENTRIES (1826–27): *Journal 4:* (1) Continued *p. 96; (2) plea withdrawn, rule for default judgment *p. 142; (3) attendance of witness proved *p. 148.
PAPERS IN FILE: (1) Precipe for habeas corpus; (2) writ of habeas corpus and return; (3) declaration, plea of non assumpsit; (4) precipe for subpoena; (5) subpoena; (6) stipulation for withdrawal of plea and confession of judgment; (7) precipe for fi. fa.; (8) writ of fi. fa. and return; (9) alias fi. fa. and return; (10) pluries fi. fa. and return; (11) second pluries fi. fa. and return; (12) promissory note.
*1824–36 Calendar*, MS p. 73. Recorded in *Book C*, MS pp. 99–102.

**EDWARD ROBINSON** *versus* **JOSEPH ANDRÉ, DIT CLARK AND DAVID C. McKINSTRY.**

JOURNAL ENTRIES (1826–28): *Journal 4:* (1) Motion for rule to join in error *p. 96; (2) judgment reversed *p. 164.
PAPERS IN FILE: (1) Petition for writ of error and supersedeas, allocatur; (2) precipe for writ of error and supersedeas; (3) writ of error and transcript of record; (4) assignment of errors; (5) joinder in error.
*1824–36 Calendar*, MS p. 118. Recorded in *Book C*, MS pp. 119–27.

**OLIVER COIT** *versus* **CHARLES LARNED.**

JOURNAL ENTRIES (1826): *Journal 4:* (1) Rule for judgment *p. 96.
PAPERS IN FILE: (1) Precipe for habeas corpus; (2) writ of habeas corpus and return; (3) declaration; (4) writ of fi. fa.; (5) promissory note; (6) memo. of amounts due.
*1824–36 Calendar*, MS p. 75. Recorded in *Book C*, MS pp. 60–2.

**NOBLE F. DEAN** FOR THE USE OF **SILAS ALLEN** *versus* **RALPH BLACKSTONE.**

JOURNAL ENTRIES (1826): *Journal 4:* (1) Rule on justice to amend return *p. 96; (2) judgment affirmed *p. 103.
PAPERS IN FILE: (1) Affidavit and petition for certiorari, allocatur; (2) writ of certiorari and return; (3) rule to amend return, additional return; (4) assignment of errors; (5) joinder in error.
*1824–36 Calendar*, MS p. 113. Recorded in *Book C*, MS pp. 87–90.